IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| SHANRIE CO., INC., DAN SHEILS, NETEMEYER ENGINEERING ASSOCIATES, INC., FOREST HILLS, L.P., THE MARK TWAIN TRUST, PAMELA BAUER and BRIAN BAUER, | ) |
| Defendants, | ) |
| And | ) Case No. 07-CV-491-DRH |
| NETEMEYER ENGINEERING ASSOCIATES, INC., FOREST HILLS, L.P., MARK TWAIN TRUST, PAMELA BAUER and BRIAN BAUER, | ) |
| Defendants/Third Party Plaintiffs, | ) |
| v. | ) |
| RHUTASEL AND ASSOCIATES, INC., L & S BUILDERS DESIGN, INC., HENDERSON ASSOCIATES ARCHITECTS, INC., THOUVENOT, WADE & MOERCHEN, INC., and BUILDERS DESIGN HOLLANDER ARCHITECT, P.C., | ) |
| Third Party Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action is before the Court on motions of L & S Builders Design, Inc., and Henderson Associates Architects, Inc., for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b).

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Orders of this Court dated May 11, 2009, and May 13, 2009, and *there being no just reason for delay*, judgment is entered in favor of Third Party Defendants, **RHUTASEL AND ASSOCIATES, INC., L & S BUILDERS DESIGN, INC., HENDERSON ASSOCIATES ARCHITECTS, INC., THOUVENOT, WADE & MOERCHEN, INC.,** and

**BUILDERS DESIGN HOLLANDER ARCHITECT, P.C.,** and against Third Party Plaintiffs, **NETEMEYER ENGINEERING ASSOCIATES, INC., FOREST HILLS, L.P., MARK TWAIN TRUST, PAMELA BAUER and BRIAN BAUER**, with regard to Third Party Plaintiffs' Complaint for Contribution------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** /s/*Sandy Pannier*
**Deputy Clerk**

Dated: May 14, 2009

APPROVED: /s/ *DavidRHerndon*
CHIEF JUDGE
U. S. DISTRICT COURT