IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE CO., INC., DAN SHEILS,
NETEMEYER ENGINEERING
ASSOCIATES, INC., FOREST HILLS, L.P.,
THE MARK TWAIN TRUST, PAMELA BAUER,
and BRIAN BAUER,**

**Defendants,**

**and**

**NETEMEYER ENGINEERING**                          No. 07-CV-491-DRH
**ASSOCIATES, INC., FOREST HILLS, L.P.,
MARK TWAIN TRUST, PAMELA BAUER, and
BRIAN BAUER,**

**Defendants/Third-Party Plaintiffs,**

**v.**

**RHUTASEL AND ASSOCIATES, INC., L&S
BUILDERS DESIGN, INC., HENDERSON
ASSOCIATES ARCHITECTS, INC., THOUVENOT,
WADE & MOERCHEN, INC., and BUILDERS
DESIGN HOLLANDER ARCHITECTS, P.C.,**

**Third Party Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action is before the Court for the purpose of docket control.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated August 17, 2009, and the Order of the Court dated March 17, 2010, adopting the remedial plan, it is hereby **ORDERED** that judgment is entered in

favor of the Plaintiff, **UNITED STATES OF AMERICA,** and against the defendants, **SHANRIE CO., INC., DAN SHEILS, NETEMEYER ENGINEERING ASSOCIATES,INC., FOREST HILLS, L.P., THE MARK TWAIN TRUST, PAMELA BAUER and BRIAN BAUER,** and those defendants are directed to make the retrofits to Hartman Lane Apartments and Rockwood Apartments as set forth in the Order of this Court dated March 17, 2010.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation filed on November 25, 2008, and Order of this Court dated December 1, 2008, Third Party Defendant, **RHUTASEL AND ASSOCIATES, INC.,** is **DISMISSED with prejudice.**-----------------------------------------------------------------

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**


                                        **BY:**         **/s/*Sandy Pannier***
                                                                       **Deputy Clerk**

Dated: March 19, 2010

APPROVED:   /s/  *David R Herndon*
                    CHIEF JUDGE
                    U. S. DISTRICT COURT