IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHANRIE CO., INC., et al.,**

**Defendants.**                                                                                   **No. 07-491-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the United States of America's Motion to Appoint Neutral Inspector (Doc. 157). The Government recommends that Eric Kohring, an Architectural Specialist with Paraquad, Inc., be appointed as a neutral inspector in order to inspect the retrofits completed by Defendants in accordance with the terms of the remedial plan (Doc. 154). To date, the Defendants have not filed a response to the motion nor have they put forth any recommendations as to a neutral inspector. The Government does indicate that Defendants oppose the appointment of Eric Kohring and that Defendants recommend appointing either architect Laurence R. Pijut or architect Jeff Day. The Government opposes the appointment of Jeff Day because he is Defendant Dan Shiels' son-in-law and would therefore does not qualify as a "neutral" inspector. The Government also opposes the appointment of Laurence R. Pijut because they have been unable to contact him. Defendants have not responded to any of the claims made by the Government. Therefore, based on the reasons in the motion, the Court agrees that Eric Kohring is suitable for inspecting

the completed retrofits and would adequately serve as a neutral inspector as Defendants have pointed out that he has no interest in the outcome of the case and has not previously worked on this case.  Accordingly, the Court **GRANTS** the Government's motion to appoint a neutral inspector (Doc. 157) and **APPOINTS** Eric Kohring to serve as neutral inspector for the completed retrofits.

**IT IS SO ORDERED.**

Signed this 9th day of June, 2010.

/s/  *DavidRHerndon*

**Chief Judge
United States District Court**